Jon Schuyler Brooks (JB7218)
jbrooks@phillipsnizer.com
PHILLIPS NIZER LLP
666 Fifth Avenue
New York, New York 10103-0084
(212) 977-9700
Attorneys for Plaintiff



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

A.W. FINANCIAL SERVICES, S.A., as successor
in interest to TERTIAIRE INVESTISSEMENT, S.A.

                              Plaintiff,

                  v.

EMPIRE RESOURCES, INC.,
AMERICAN STOCK TRANSFER & TRUST COMPANY,
and AFFILIATED COMPUTER SERVICES, INC.,

                          Defendants.

------------------------------------------------------------------x

**ECF CASE**

**RULE 7.1 STATEMENT**

Index No. 07-CIV **'07 CIV 8491**

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule
1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible
disqualification or recusal, the undersigned counsel for A.W. Financial Services, S.A. (a non-
governmental party), certifies that it has **_no_** corporate parents, affiliates and/or subsidiaries which
are publicly held.

Dated: New York, NY
      September 28, 2007

                        PHILLIPS NIZER LLP

                        By: _Jon Schuyler Brooks_
                           Jon Schuyler Brooks (JB7218)
                       *Attorney for Plaintiff*

1019726.1

666 Fifth Avenue
New York, NY 10103
(212) 977-9700
(212) 262-5152 (Fax)

1019726.1