%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                                        District of     New York

A.W. FINANCIAL SERVICES, S.A., as
successor in interest to
TERTIAIRE INVESTISSEMENT, S.A.
                      Plaintiff                  SUMMONS IN A CIVIL ACTION

V.

EMPIRE RESOURCES, INC.,
AMERICAN STOCK TRANSFER & TRUST
COMPANY, and AFFILIATED COMPUTER         CASE NUMBER:
SERVICES, INC.;
                   Defendants.                **07 CIV 8491**

                                             **JUDGE STEIN**

TO: (Name and address of Defendant)

Empire Resources, Inc., One Parker Plaza, Fort Lee, NJ 07024;
American Stock Transfer & Trust Company, 59 Maiden Lane, Plaza Level, New York, NY 10038
Affiliated Computer Services, Inc., 2828 North Haskell, Dallas, TX 75204

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

      Phillips Nizer LLP
      666 Fifth Avenue
      New York, NY  10103

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                               SEP 28 2007

CLERK     /s/ Marcos Quintero                       DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| A.W. FINANCIAL SERVICES, S.A., as successor in Interest to TERTIAIRE INVESTISSEMENT, S.A., | **Case No.** <br> **07Civ8491** |
| Plaintiff, | |
| -against- | **AFFIDAVIT OF SERVICE** |
| EMPIRE RESOURCES, INC. et al., | |
| Defendants. | |

---

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Julio Delara, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at New York, NY:

On October 10, 2007 at 2:35 p.m. at 59 Maiden Lane, Plaza Level, New York, NY 10038, I served the within SUMMONS, COMPLAINT, RULE 7.1 STATEMENT, 3RD AMENDED INSTRUCTIONS FOR ELECTRONIC CASE OR APPEAL, PROCEDURES FOR ELECTRONIC CASE FILING and GUILDLINES FOR ELECTRONIC CAS FILING on AMERICAN STOCK TRANSFER & TRUST COMPANY, defendant therein named, by delivering a true copy of same to SHERI SADI, designated agent.

The person served is a white female, black hair, 45-55 years old, 5'4"-5'6" in height, 145-155 pounds.

_Julio Delara_
Julio Delara
License No. 991178

Sworn to before me this
11th day of October 2007

_[signature]_
NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 20/0

**LegalEase Inc.**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070   •   800-393-1277   •   Fax: 212-393-9796