UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
A.W. FINANCIAL SERVICES, S.A., as successor  :    07 CIV 8491 (SHS)
in interest to TERTIAIRE INVESTISSEMENT,
S.A.,                                        :
                       Plaintiff,
                                             :
         -against-                          **NOTICE OF APPEARANCE**
                                             :
EMPIRE RESOURCES, INC., AMERICAN
STOCK TRANSFER & TRUST COMPANY,              :
and AFFILIATED COMPUTER SERVICES,
INC.,                                        :

                    Defendants.   :
------------------------------------------------------------X

S I R S :

       **PLEASE TAKE NOTICE,** that the undersigned has been retained as attorneys for defendant American Stock Transfer & Trust Company in the above-entitled action and demand that a copy of all papers in this action be served upon the undersigned at the office and address stated below.

Dated: New York, New York
       November 2, 2007

                                  **KANE KESSLER, P.C.**

                                  By: _____
                                     Jeffrey H. Daichman (JD-8802)
                                Attorneys for Defendant
                                American Stock Transfer & Trust Company
                                1350 Avenue of the Americas
                                New York, New York 10019
                                (212) 541-6222
                                (212) 245-3009 (fax)

TO:   **PHILLIPS NIZER LLP**
       Jon Schuyler Brooks, Esq.
       Attorneys for Plaintiff
       666 Fifth Avenue
       New York, New York 10103
       (212) 977-9700
       (212) 362-5152 (fax)

#277934.1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

I, **SANDRA AYALA**, being duly sworn, say:

I am not a party to the within action, am over 18 years of age, and reside at Levittown, New York.

On November 2, 2007, I served the within:

### NOTICE OF APPEARANCE

by delivering a true copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following:

**PHILLIPS NIZER LLP**
Jon Schuyler Brooks, Esq.
666 Fifth Avenue
New York, New York 10103

_____
SANDRA AYALA

Sworn to before me this
2nd day of November, 2007

_____
Notary Public

BRUCE M. SCHLOSS
Notary Public, State of New York
No. 31-4734625
Qualified in Westchester County
Commission Expires May 31, 2010

#277934.1