```
USDC SDNY              STEIN S,
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
A.W. FINANCIAL SERVICES, S.A., as successor  :     07 CIV 8491 (SHS)
in interest to TERTIAIRE INVESTISSEMENT,
S.A.,                                        :
                            Plaintiff,
                                             :
            -against-                              **STIPULATION AND ORDER**
                                             :
EMPIRE RESOURCES, INC., AMERICAN
STOCK TRANSFER & TRUST COMPANY,              :
and AFFILIATED COMPUTER SERVICES,
INC.,                                        :

                            Defendants.      :
-----------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the plaintiff A.W. Financial Services, S.A., as successor in interest to Tertiaire Investissement, SA. And defendant American Stock Transfer and Trust Company that said defendant's time to answer or otherwise move with respect to the Complaint is hereby extended to November 30, 2007.

Dated: New York, New York
       October 25, 2007

                                    PHILLIPS NIZER LLP

                                    By: _____
                                        Jon Schuyler Brooks (JB-7218)
                                    Attorneys for Plaintiff
                                    666 Fifth Avenue
                                    New York, New York 10103
                                    (212) 977-9700
                                    (212) 362-5152 (fax)

#277434.1

07 Civ. 8491 (S.H.S.)

KANE KESSLER, P.C.

By: _____
Jeffrey H. Daichman (JD-8802)
Attorneys for Defendant
American Stock Transfer & Trust Company
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222
(212) 245-3009 (fax)

SO ORDERED: 11/5/07

_____
U.S.D.J.

#277434.1