**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**
By: Michael S. Pepperman (MP9163)
michael.pepperman@obermayer.com
One Penn Center, 19th Floor
1617 JFK Boulevard
Philadelphia, PA 19103-1895
(215) 665-3000
Attorney for Defendant Affiliated Computer Services, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| A.W. FINANCIAL SERVICES, S.A., as successor in interest to TERTIAIRE INVESTISSEMENT, S.A. | : : : | **CIVIL ACTION** |
| Plaintiff, | : : | **ECF CASE** |
| v. | : : | |
| EMPIRE RESOURCES, INC., AMERICAN STOCK TRANSFER & TRUST COMPANY, and AFFILIATED COMPUTER SERVICES, INC., | : : : : | **07-CIV-8491 (SHS)** |
| Defendants. | : | |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly enter my appearance on behalf of Defendant, Affiliated Computer Services, Inc.

Respectfully submitted,

OBERMAYER REBMANN MAXWELL & HIPPEL LLP

By:_____/s/_____
   Michael S. Pepperman (MP9163)
   One Penn Center, 19th Floor
   1617 John F. Kennedy Boulevard
   Philadelphia, PA 19103-1895
   (215) 665-3000
   (215) 665-3165 (Fax)
   *Attorney for Defendant*
   *Affiliated Computer Services, Inc.*

Dated:  November 16, 2007

4219750