Michael S. Pepperman #9163
Michael.Pepperman@Obermayer.com
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
One Penn Center, 19th Floor
1617 J.F.K. Boulevard
Philadelphia, PA 19103-1895
(215)665-3032

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

A.W. FINANCIAL SERVICES, S.A., as successor
in interest to TERTIAIRE INVESTISSEMENT, S.A.

        Plaintiff,

  v.

EMPIRE RESOURCES, INC.
AMERICAN STOCK TRANSFER & TRUST COMPANY,
and AFFILIATED COMPUTER SERVICES, INC.

        Defendants.

ECF CASE

**STIPULATION**

07-CIV-8491 (SHS)

---

It is hereby stipulated by and between Jon Schuyler Brooks, attorney for plaintiff and Michael S. Pepperman, attorney for defendant Affiliated Computer Services, Inc. ("ACS"), that ACS shall have until December 7, 2007 to respond to plaintiff's complaint.

_____ Date: Nov 9, 2007
Jon Schuyler Brooks
Attorney for A. W. Financial Services, S.A.
as successor in interest to Tertiare Investissement,
S.A.

_____ Date: 11/2/07
Michael S. Pepperman #9163
Attorney for Affiliated Computer Services, Inc.

SO ORDERED: 11/21/07

_____
U.S.D.J.