UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
A.W. FINANCIAL SERVICES, S.A., as successor :           07 CIV 8491 (SHS)(RLE)
in interest to TERTIAIRE INVESTISSEMENT,
S.A.,                                                                 :

                                    Plaintiff,

                                                                      :

            -against-                                                      **RULE 7.1 STATEMENT**

                                                                      :

EMPIRE RESOURCES, INC., AMERICAN
STOCK TRANSFER & TRUST COMPANY,              :
and AFFILIATED COMPUTER SERVICES,
INC.,                                                                 :

                                    Defendants.   :
-------------------------------------------------------------X


            Pursuant to Federal rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for defendant American Stock Transfer & Trust Company (a private non-governmental

party) certifies that it has no parent corporation and no publicly held corporation owns 10% or

more of its stock.


Dated: New York, New York
         November 30, 2007


                                    KANE KESSLER, P.C.


                                    By:_____
                                          Jeffrey H. Daichman (JD-8802)
                                    Attorneys for Defendant
                                    American Stock Transfer & Trust Company
                                    1350 Avenue of the Americas
                                    New York, New York 10019
                                    (212) 541-6222
                                    (212) 245-3009 (fax)


#278498.1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                   ) ss.:
COUNTY OF NEW YORK      )

      I, **SANDRA AYALA**, being duly sworn, say:

      I am not a party to the within action, am over 18 years of age, and reside at Levittown, New York.

      On November 30, 2007, I served the within:

### RULE 7.1 STATEMENT

by delivering a true copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following:

Jon Schuyler Brooks, Esq.
**PHILLIPS NIZER LLP**
Attorneys for Plaintiff
666 Fifth Avenue
New York, New York 10103

Michael S. Pepperman, Esq.
**OBERMAYER REBMANN
MAXWELL & HIPPEL LLP**
Attorneys for Defendant
Affiliated Computer Services, Inc.
One Penn Center, 19th Floor
Philadelphia, Pennsylvania 19103-1895

                                                 **SANDRA AYALA**

Sworn to before me this
30th day of November, 2007

_____
  Notary Public

SUSAN KAPLAN
Notary Public, State of New York
No. 01KA5008179
Qualified in Kings County
Commission Expires February 15, 20 //

#278498.1                             2