UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **A.W. FINANCIAL SERVICES, S.A.**, as successor in interest to **TERTIAIRE INVESTISSEMENT, S.A.** : <br> **Plaintiff,** : <br> v. : <br> : <br> **EMPIRE RESOURCES, INC.**, et al. : <br> **Defendants.** : | CIVIL ACTION <br> ECF CASE <br><br> 07-CIV-8491 <br> (SHS) |

### DEFENDANT AFFILIATED COMPUTER SERVICES, INC.'S MOTION PURSUANT TO RULE 12(b)(6) TO DISMISS THE COMPLAINT

Defendant, Affiliated Computer Services, Inc., by its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully requests that this Court dismiss the Complaint of Plaintiff, A.W. Financial Services, S.A. The grounds for this Motion are set forth in the attached Memorandum of Law, which is incorporated by reference.

Respectfully submitted,

/s
_____
Michael S. Pepperman (MP9163)
OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
One Penn Center - 19th Floor
1617 John F. Kennedy Boulevard
Philadelphia, PA  19103
(215) 665-3000
Attorney for Defendant, Affiliated Computer Services, Inc.

Dated:  December 7, 2007