**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**
By: Michael S. Pepperman (MP9163)
michael.pepperman@obermayer.com
One Penn Center, 19th Floor
1617 JFK Boulevard
Philadelphia, PA 19103-1895
(215) 665-3000
Attorney for Defendant Affiliated Computer Services, Inc.

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| A.W. FINANCIAL SERVICES, S.A., as successor in interest to TERTIAIRE INVESTISSEMENT, S.A. | : : : | **CIVIL ACTION** |
| **Plaintiff,** | : : | **ECF CASE** |
| v. | : : | |
| EMPIRE RESOURCES, INC., AMERICAN STOCK TRANSFER & TRUST COMPANY, and AFFILIATED COMPUTER SERVICES, INC., | : : : : | **07-CIV-8491 (SHS)** |
| **Defendants.** | : | |

### DISCLOSURE STATEMENT OF AFFILIATED COMPUTER SERVICES, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

The nongovernmental corporate party, Affiliated Computer Services, Inc., has no parent corporation. No publicly held company has 10% or greater ownership in the stock of Affiliated Computer Services, Inc.

Respectfully submitted,

OBERMAYER REBMANN MAXWELL & HIPPEL LLP

By:_____/s/_____
   Michael S. Pepperman (MP9163)
   One Penn Center, 19th Floor
   1617 John F. Kennedy Boulevard
   Philadelphia, PA 19103-1895
   (215) 665-3000
   (215) 665-3165 (Fax)
   *Attorney for Defendant*
   *Affiliated Computer Services, Inc.*

Dated: December 7, 2007

4225223