```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

A.W. FINANCIAL SERVICES, S.A.,          :       07 Civ. 8491 (SHS)

                Plaintiff,        :

      -against-                            :       ORDER

EMPIRE RESOURCES, INC.,                 :

                Defendant.        :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       A pretrial conference having been held today, with counsel for all parties present,

       IT IS HEREBY ORDERED that the next pretrial conference will be held on March 7, 2008, at 10:00 a.m.

Dated: New York, New York
       January 25, 2008

                                       SO ORDERED:

                                       Sidney H. Stein, U.S.D.J.