USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.W. FINANCIAL SERVICES, S.A., as successor
in interest to TERTIAIRE INVESTISSEMENT, S.A.
                        Plaintiff,

v.

EMPIRE RESOURCES, INC., et al.
                        Defendants.

: CIVIL ACTION
:
: 07-CIV-8491
: (SHS)

### ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Michael S. Pepperman, attorney for Defendant, Affiliated Computer Services, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Kellie M. MacCready
Obermayer Rebmann Maxwell & Hippel LLP
One Penn Center - 19th Floor
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103
(215) 665-3000 (Phone)
(215) 665-3165 (Fax)
kellie.maccready@obermayer.com

is admitted to practice pro hac vice as counsel for Defendant, Affiliated Computer Services, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action has been assigned to the Electronic Case Filing (ECF) system, and counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

BY THE COURT:

Sidney H. Stein, U.S.D.J.

Dated: 2/4/08