UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
A.W. FINANCIAL SERVICES, S.A.,                     :
as successor in interest to TERTIAIRE
INVESTISSEMENT, S.A.,                              :

                Plaintiff,            :

    - against -                                  :   07 CIV 8491 (SHS)

EMPIRE RESOURCES, INC., AMERICAN                   :   **RULE 7.1 STATEMENT**
STOCK TRANSFER & TRUST
COMPANY, and AFFILIATED                            :
COMPUTER SERVICES, INC.,
                                          :

                Defendants.
------------------------------------------------------------ X

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for EMPIRE RESOURCES, INC. (a private non-governmental party) certifies that it has no corporate parents, affiliates and/or subsidiaries which are publicly held.

**Date**: March 6, 2008

                                                                                          Signature of Attorney

                                                                  **Attorney Bar Code**: RL-4871
                                                                  Richard L. Levine
                                                                 Weil, Gotshal & Manges LLP
                                                                767 Fifth Avenue
                                                                New York, NY  10153
                                                                212-310-8000