UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
A.W. FINANCIAL SERVICES, S.A.,           :
as successor in interest to TERTIAIRE
INVESTISSEMENT, S.A.                     :

                    Plaintiff,           :

      - against -                        :    07 CIV 8491 (SHS)

EMPIRE RESOURCES, INC., AMERICAN    :    **NOTICE OF APPEARANCE**
STOCK TRANSFER & TRUST
COMPANY, and AFFILIATED              :
COMPUTER SERVICES, INC.,
                                  :
                    Defendants.
------------------------------------------------------- X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

       PLEASE TAKE NOTICE that the undersigned has been retained as attorneys for defendant and counterclaim defendant Empire Resources, Inc. in the above-entitled action which Empire Resources, Inc. just learned of in the last 48 hours. Please enter the undersigned's appearance as counsel in this case for Empire Resources, Inc. The undersigned also demands that a copy of all papers in this action be served upon the undersigned at the office and address stated below.

Dated: New York, New York
       March 6, 2008

                                                  WEIL, GOTSHAL & MANGES, LLP

                                                  By: _____
                                                      Richard L. Levine (RL - 4871)
                                           Attorneys for Defendant and Counterclaim
                                            Defendant Empire Resources, Inc.
                                           767 Fifth Avenue
                                           New York, New York 10153
                                           (212) 310-8000
                                           (212) 310-8007 (fax)

**TO:**

PHILLIPS NIZER LLP
Jon Schuyler Brooks, Esq.
Attorneys for Plaintiff
666 Fifth Avenue
New York, New York 10103
(212) 977-9700
(212) 362-5152 (fax)

OBERMAYER REBMANN MAXWELL &
HIPPEL, LLP
Michael S. Pepperman, Esq.
Kellie Marie MacCready, Esq.
Steven Asher Haber, Esq.
Attorneys for Defendant and Counterclaim
  Defendant Affiliated Computer Services, Inc.
One Penn Center - 19th Floor
1617 John F. Kennedy Blvd.
Philadelphia, PA  19103
(215) 665-3000
(215) 665-3165 (fax)

KANE KESSLER, P.C.
Jeffrey H. Daichman, Esq.
Attorneys for Defendant and
  Counterclaimant American Stock
  Transfer & Trust Company
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222
(212) 245-3009 (fax)