```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
A.W. FINANCIAL SERVICES, S.A., as successor :
in interest to TERTIAIRE INVESTMENT, S.A., :
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Plaintiff, 　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　- against - 　　　　　　　　　　　　　　: 　07 Civ. 8491 (SHS)
　　　　　　　　　　　　　　　　　　　　　　:
EMPIRE RESOURCES, INC., AMERICAN 　　　　 :
STOCK TRANSFER & TRUST CO., and 　　　　　:
AFFILIATED COMPUTER SERVICES, INC., 　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Defendants. 　　　　　　　　　:
------------------------------------------------------------x

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, a copy of the Summons and Complaint in this action was served on

Defendant and Crossclaim Defendant Empire Resources, Inc. ("Empire") by service on

the New York Secretary of State on October 10, 2007; and

WHEREAS, Empire did not receive actual notice of such service or of the

existence of this action until Wednesday, March 5, 2008;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and

among the undersigned counsel, that Empire has until Wednesday, March 19, 2008, to

answer or otherwise move with respect to the Complaint herein served by Plaintiff A.W.

Financial Services, S.A. and the Crossclaim herein filed by Defendant and Crossclaimant

American Stock Transfer & Trust Co.

Dated: New York, New York
　　　　March 11, 2008

NY1:\1546564\02\X5C402!.DOC\43766.0007

WEIL, GOTSHAL & MANGES LLP

By: _____
Richard L. Levine (RL - 4871)
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

*Attorneys for Defendant and Crossclaim Defendant Empire Resources, Inc..*

PHILLIPS NIZER LLP

By: _____
Jon Schuyler Brooks (JB – 7218)
666 Fifth Avenue
New York, NY 10103
(212) 977-9700

*with Permission*

*Attorneys for Plaintiff A.W. Financial Services, S.A.*

KANE KESSLER, P.C.

By: _____
Jeffrey H. Daichman (JD – 8802)
1350 Avenue of the Americas
New York, NY 10019
(212) 541-6222

*Attorneys for Defendant and Crossclaimant American Stock Transfer & Trust Co.*

SO ORDERED: _____
Hon Sidney H. Stein  3/13/08  Date
United States District Judge