```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

A.W. FINANCIAL SERVICES, S.A.,            :     07 Civ. 8491 (SHS)

                Plaintiff,            :

   -against-                                      :     ORDER

EMPIRE RESOURCES, INC., *ET AL.*,         :

                Defendants.          :
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    Defendant Affiliated Computer Services, Inc.'s motion to dismiss the complaint [14] is dismissed without prejudice;

    2.    The last day for plaintiff to file and serve an amended complaint is April 4, 2008;

    3.    The last day for defendants to answer or move in response to the amended complaint is May 2, 2008;

    4.    Plaintiff's response to any motion is due on or before May 23, 2008;

    5.    The reply is due on or before June 6, 2008; and

    6.    If no motion is made, the parties shall notify the Court, in writing, to schedule a pretrial conference.

Dated: New York, New York
       March 21, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.