UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
A.W. FINANCIAL SERVICES, S.A., as successor :
in interest to TERTIAIRE INVESTMENT, S.A., :

        Plaintiff,

    - against -                     07 Civ. 8491 (SHS)

EMPIRE RESOURCES, INC., AMERICAN
STOCK TRANSFER & TRUST CO., and
AFFILIATED COMPUTER SERVICES, INC.,

        Defendants.
-------------------------------------------------------------x

## STIPULATION AND [PROPOSED] ORDER

    WHEREAS, on March 13, 2008, the Court approved a Stipulation and [Proposed] Order that extended to March 19, 2008, the time for defendant Empire Resources, Inc. ("Empire") to answer or otherwise move with respect to the Complaint herein served by plaintiff A.W. Financial Services, S.A. ("AFS") and the Cross-Claim herein filed by defendant and cross-claimant American Stock Transfer & Trust Co. ("AST"); and

    WHEREAS, on March 18, 2008, plaintiff AFS informed defendants that it will file an amended complaint on or before Friday, March 21, 2008;

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel and subject to the Court's approval, that Empire's time to answer or otherwise move with respect to the Cross-Claim herein filed by AST has been extended until the same date as defendants have to answer or otherwise move with respect to the forthcoming amended complaint.

NY1\1548207\01\X6LR01!.DOC\99980.0001

Dated: New York, New York
       March 19, 2008


WEIL, GOTSHAL & MANGES LLP

By: /s/ Richard L. Levine
Richard L. Levine (RL-4871)
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

*Attorneys for Defendant and Cross-Claim
Defendant Empire Resources, Inc..*

KANE KESSLER, P.C.

By: /s/ Jeffrey H. Daichman     with permission
Jeffrey H. Daichman (JD-8802)   RdJ 22
1350 Avenue of the Americas
New York, NY 10019
(212) 541-6222

*Attorneys for Defendant and Cross-Claimant
American Stock Transfer & Trust Co.*


SO ORDERED: /s/                3/24/08
Hon. Sidney H. Stein            Date
United States District Judge