USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
A.W. FINANCIAL SERVICES, S.A., as successor  :
in interest to TERTIAIRE INVESTISSEMENT,
S.A.,                                                                          :
                       Plaintiff,
                                              :
        -against-
                                              :
EMPIRE RESOURCES, INC., AMERICAN
STOCK TRANSFER & TRUST COMPANY,                   :
and AFFILIATED COMPUTER SERVICES,
INC.,                                                                            :
                       Defendants.  :
------------------------------------------------------------X

07 CIV 8491 (SHS)(RLE)

**STIPULATION AND ORDER
OF SUBSTITUTION**

       **IT IS HEREBY STIPULATED AND AGREED** that the law firm of Obermayer Rebmann Maxwell & Hippel LLP shall be hereby is substituted as attorneys of record for the defendant American Stock Transfer & Trust Company in the place and stead of Kane Kessler P.C.

Dated: New York, New York
           April 18, 2008

                                   **KANE KESSLER, P.C.**

                                   By: _____
                                        Jeffrey H. Daichman (JD-8802)
                                   1350 Avenue of the Americas
                                   New York, New York 10019
                                   (212) 541-6222
                                   (212) 245-3009 (fax)

#287402.1

07 Ci 8491 (SHS)

OBERMAYER REBMANN MAXWELL & HIPPEL LLP

By: _____
    Steven A. Haber (SH-4739)
One Penn Center, 19th Floor
1617 John F. Kennedy Center
Philadelphia, PA  19103
(215) 665-3000
(215) 665-3165 (fax)

SO ORDERED: 4/22/08

_____
U.S.D.J.

#287402.1                    2