```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X   ECF CASE

A.W. FINANCIAL SERVICES, S.A., as successor
in interest to TERTIAIRE INVESTISSEMENT, S.A.   **STIPULATION**

                              Plaintiff,

                            07-CV-8491 (SHS)(RLE)

                         v.

EMPIRE RESOURCES, INC.,
AMERICAN STOCK TRANSFER & TRUST
COMPANY, and AFFILIATED COMPUTER
SERVICES, INC.,

                            Defendants.

---------------------------------------------------------X

        IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned, the attorneys of record for all parties to the above entitled action that:

        1.     Plaintiff A.W. Financial Service's time to serve its responses to the Motions to Dismiss of Defendant Empire Resources, Inc, American Stock and Transfer & Trust Company and Affiliated Computer Services, Inc. (collectively the "Defendants"), filed on May 2, 2008, is extended to and including June 6, 2008; and

        2.     Defendants' time to serve their reply papers is extended to and including June 27, 2008.

Dated: New York, New York
       May 22 2008

                                       PHILLIPS NIZER LLP

                                       By: _____
                                            Jon Schuyler Brooks (JB7218)
                                       Attorneys for Plaintiff
                                       666 Fifth Avenue
                                       New York, NY 10103
                                       (212) 977-9700 (Phone)

1045221.1

WEIL, GOTSHAL & MANGES LLP

By: _____
Richard L. Levine (RL4871)
767 Fifth Avenue
New York, New York 10153
212-310-8000 (phone)
Attorneys for Defendant
Empire Resources, Inc.

OBERMAYER REBMANN
MAXWELL & HIPPEL, LLP

By: _____
Steven A. Haber (SH4739)
One Penn Center – 19th Floor
1617 John F. Kennedy Blvd.
Philadelphia, PA 19103
215-665-3000 (phone)
Attorneys for Defendants
American Stock Transfer & Trust
Co. and Affiliated Computer
Services, Inc.

SO ORDERED: 5/23/08
_____
Hon. Sidney H. Stein

1045221.1