```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X  ECF CASE
A.W. FINANCIAL SERVICES, S.A., as successor
in interest to TERTIAIRE INVESTISSEMENT, S.A.    STIPULATION

               Plaintiff,
                                          07-CV-8491 (SHS)(RLE)
           v.

EMPIRE RESOURCES, INC.,
AMERICAN STOCK TRANSFER & TRUST
COMPANY, and AFFILIATED COMPUTER
SERVICES, INC.,

               Defendants.
----------------------------------------X

       IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned, the attorneys of record for all parties to the above entitled action that:

       1. Plaintiff A.W. Financial Service's to time to serve its responses to the Motions to Dismiss of Defendant Empire Resources, Inc, American Stock and Transfer & Trust Company and Affiliated Computer Services, Inc. (collectively the "Defendants"), filed on May 2, 2008, is extended to and including June 13, 2008; and

       2. Defendants' time to serve their reply papers is extended to and including July 11, 2008.

Dated: New York, New York
       June 6, 2008

PHILLIPS NIZER LLP

By: _____
    Jon Schuyler Brooks (JB7218)
Attorneys for Plaintiff
666 Fifth Avenue
New York, NY 10103
(212) 977-9700 (Phone)

1046787.1

| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP | OBERMAYER REBMANN MAXWELL & HIPPEL, LLP |
| By: _____<br>Richard L. Levine (RL4871)<br>767 Fifth Avenue<br>New York, New York 10153<br>212-310-8000 (phone)<br>Attorneys for Defendant<br>Empire Resources, Inc. | By: _____<br>Steven A. Haber (SH4739)<br>One Penn Center – 19th Floor<br>1617 John F. Kennedy Blvd.<br>Philadelphia, PA 19103<br>215-665-3000 (phone)<br>Attorneys for Defendants<br>American Stock Transfer & Trust Co. and Affiliated Computer Services, Inc. |

SO ORDERED:

_____
Hon. Sidney H. Stein

1046787.1

07(- 849)

| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP | OBERMAYER REBMANN MAXWELL & HIPPEL, LLP |
| By: _____<br>Richard L. Levine (RL4871)<br>767 Fifth Avenue<br>New York, New York 10153<br>212-310-8000 (phone)<br>Attorneys for Defendant<br>Empire Resources, Inc. | By: _____<br>Steven A. Haber (SH4739)<br>One Penn Center – 19th Floor<br>1617 John F. Kennedy Blvd.<br>Philadelphia, PA 19103<br>215-665-3000 (phone)<br>Attorneys for Defendants<br>American Stock Transfer & Trust Co. and Affiliated Computer Services, Inc. |

SO ORDERED: 6/9/08

_____
Hon. Sidney H. Stein

1046787