```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X   ECF CASE

A.W. FINANCIAL SERVICES, S.A., as successor
in interest to TERTIAIRE INVESTISSEMENT, S.A.            STIPULATION

                       Plaintiff,

                                                                       07-CV-8491 (SHS)(RLE)

                       v.

EMPIRE RESOURCES, INC.,
AMERICAN STOCK TRANSFER & TRUST
COMPANY, and AFFILIATED COMPUTER
SERVICES, INC.,

                       Defendants.

-----------------------------------------------------------X

        **IT IS HEREBY STIPULATED, CONSENTED AND AGREED,** by and between the undersigned, the attorneys of record for all parties to the above entitled action that:

        1.    Plaintiff A.W. Financial Service's to time to serve its responses to the Motions to Dismiss of Defendant Empire Resources, Inc, American Stock and Transfer & Trust Company and Affiliated Computer Services, Inc. (collectively the "Defendants"), filed on May 2, 2008, is extended to and including June 20, 2008; and

        2.    Defendants' time to serve their reply papers is extended to and including July 18, 2008.

Dated: New York, New York                 PHILLIPS NIZER LLP
       June 13, 2008

                                                     By: _____
                                                            Jon Schuyler Brooks (JB7218)
                                                            Attorneys for Plaintiff
                                                            666 Fifth Avenue
                                                            New York, NY 10103
                                                            (212) 977-9700 (Phone)

1046787.2

| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP | OBERMAYER REBMANN MAXWELL & HIPPEL, LLP |
| By: *Richard L. Levine /sg* | By: *Steven A. Haber* |
| Richard L. Levine (RL4871) | Steven A. Haber (SH4739) |
| 767 Fifth Avenue | One Penn Center – 19th Floor |
| New York, New York 10153 | 617 John F. Kennedy Blvd. |
| 212-310-8000 (phone) | Philadelphia, PA 19103 |
| Attorneys for Defendant | 215-665-3000 (phone) |
| Empire Resources, Inc. | Attorneys for Defendants |
| | American Stock Transfer & Trust Co. and |
| | Affiliated Computer Services, Inc. |

SO ORDERED: 6/16/08

Hon. Sidney H. Stein

1046787.2