

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X   ECF CASE

A.W. FINANCIAL SERVICES, S.A., as successor
in Interest to TERTIAIRE INVESTISSEMENT, S.A.   STIPULATION

                        Plaintiff,

                                                07-CV-8491 (SHS)(RLE)

                        v.

EMPIRE RESOURCES, INC.,
AMERICAN STOCK TRANSFER & TRUST
COMPANY, and AFFILIATED COMPUTER
SERVICES, INC.,

                      Defendants.

------------------------------------------------------------X

            IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned, the attorneys of record for all parties to the above entitled action that:

            1.    Plaintiff A.W. Financial Service's to time to serve its responses to the Motions to Dismiss of Defendant Empire Resources, Inc, American Stock and Transfer & Trust Company and Affiliated Computer Services, Inc. (collectively the "Defendants"), filed on May 2, 2008, is extended to and including June 30, 2008; and

            2.    Defendants' time to serve their reply papers is extended to and including July 28, 2008.

Dated: New York, New York                    PHILLIPS NIZER LLP
         June 23, 2008

                                                                  By: _____
                                                               Jon Schuyler Brooks (JB7218)
                                                     Attorneys for Plaintiff
                                                     666 Fifth Avenue
                                                     New York, NY 10103
                                                     (212) 977-9700 (Phone)

1040787.3

07 Civ. 8491 (SHS)

| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP | OBERMAYER REBMANN MAXWELL & HIPPEL, LLP |
| By: /s/ Richard L. Levine (RL4871) | By: /s/ Steven A. Haber (SH4739) |
| 767 Fifth Avenue | One Penn Center – 19th Floor |
| New York, New York 10153 | 617 John F. Kennedy Blvd. |
| 212-310-8000 (phone) | Philadelphia, PA 19103 |
| Attorneys for Defendant | 215-665-3000 (phone) |
| Empire Resources, Inc. | Attorneys for Defendants American Stock Transfer & Trust Co. and Affiliated Computer Services, Inc. |

No further extensions

SO ORDERED: 6/30/08

/s/ Hon. Sidney H. Stein

1046787.3