Table of Contents

Page

Jon Schuyler Brooks (JB7218)
jbrooks@phillipsnizer.com
PHILLIPS NIZER LLP
666 Fifth Avenue
New York, New York 10103-0084
(212) 977-9700
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
A.W. FINANCIAL SERVICES, S.A., as successor      **ECF CASE –Filed Electronically**
in interest to TERTIAIRE INVESTISSEMENT, S.A.

                                  Plaintiff,

                                             **07-CV-8491 (SHS)(RLE)**

                                v.

EMPIRE RESOURCES, INC., AMERICAN STOCK
TRANSFER & TRUST COMPANY, and AFFILIATED
COMPUTER SERVICES, INC.,

                                  Defendants.
------------------------------------------------------------------------x


**NOTICE OF MOTION ON CONSENT
FOR LEAVE TO FILE OUT OF TIME**

      PLEASE TAKE NOTICE that, upon the annexed declaration of Jon Schuyler Brooks, dated July 9, 2008, and all prior pleadings and proceedings in the above-captioned matter, plaintiff A.W. Financial Services, S.A. will move this Court before the Hon. Sidney H. Stein, at the United States Courthouse, located at 500 Pearl Street, New York, New York, for an Order either permitting the parties to file a stipulation extending the time for Plaintiff to file its memoranda in opposition to the motions of defendants to dismiss the Amended Complaint or, in

i

1049526.1

Table of Contents
(continued)

Page

the alternative, permitting Plaintiff to file its memoranda out of time.

Dated: Garden City, New York
July 9, 2008

_____/s/_____
Jon Schuyler Brooks (JB-7218)
PHILLIPS NIZER LLP
666 Fifth Avenue
New York, New York 10103
(212) 977-9700 (phone)
(212) 262-5152 (fax)

*Attorney for Plaintiff*
*A.W. Financial Services, Inc.*

TO:   Richard L. Levine, Esq.
Weil Gotshall & Manges LLP
*Attorney for Defendant Empire Resources, Inc.*
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
(212) 310-8007 (facsimile)

Steven A. Haber, Esq.
Obermayer Rebmann Maxwell & Hippel LLP
*Attorney for Defendants American Stock Transfer &*
*Trust Co. and Affiliated Computer Services, Inc.*
One Penn Center – 19th Floor
1617 John F. Kennedy Boulevard
Philadelphia, PA  19103
(215) 665-3000
(215) 665-3165 (facsimile)

ii

1049526.1