UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/08

| | |
|---|---|
| A.W. FINANCIAL SERVICES, S.A., as successor in interest to TERTIAIRE INVESTISSEMENT, S.A. | CIVIL ACTION |
| | ECF CASE |
| Plaintiff, | 07-CIV-8491 (SHS) |
| v. | |
| EMPIRE RESOURCES, INC., et al., | STIPULATION |
| Defendants. | |

### STIPULATION FOR EXTENSION OF TIME

It is hereby stipulated and agreed between Plaintiff and Defendants, by and through their respective authorized counsel, that Defendants' time to serve their reply papers in support of Defendants' Motions to Dismiss shall be extended to and including August 7, 2008.

_____
Richard L. Levine (RL-4871)
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000 (Tel.)
(212) 310-8007 (Fax)
E-Mail: richard.levine@weil.com
*Attorney for Empire Resources, Inc.*

_____
Steven A. Haber (SH-4739)
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103
(215) 665-3000 (Phone)
(215) 665-3165 (Fax)
E-mail: steven.haber@obermayer.com
*Attorney for American Stock Transfer & Trust Co. and Affiliated Computer Services, Inc.*

4295448

1

*Jon Brooks* (SHS)
Jon Schuyler Brooks (JB-7218)
PHILLIPS NIZER LLP
666 5th Avenue
New York, NY 10103
(212) 977-9700 (Tel.)
(212) 262-5152 (Fax)
E-mail: jbrooks@phillipsnizer.com
*Attorney for Plaintiff, A.W. Financial Services, S.A.*

APPROVED AND SO ORDERED THIS 28th DAY OF July, 2008.

BY THE COURT:

_____
SIDNEY H. STEIN, U.S.D.J.

4295448

2