

# OBERMAYER
REBMANN MAXWELL & HIPPEL LLP
*Attorneys At Law*

**STEVEN A. HABER**
Direct Dial: 215-665-3253
E-mail: steven.haber@obermayer.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/07

One Penn Center – 19th Floor
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103-1895
P 215-665-3000
F 215-665-3165
www.obermayer.com

**Via Facsimile (212-805-7924)**
The Honorable Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1010
New York, NY 10007

**MEMO ENDORSED**

Re:  A.W. Financial Services, S.A. v. Empire Resources, Inc. et al.
     U.S. District Court for the Southern District of New York
     Docket No. 07 CIV 8491 (SHS)

Dear Judge Stein:

Defendants American Stock Transfer & Trust Co. ("AST") and Affiliated Computer Services, Inc. ("ACS") seek leave to file a Reply Memorandum in Support of Motion to Dismiss exceeding the page limit specified in Your Honor's Individual Practices.

On May 2, 2008, Defendants AST and ACS filed a Motion to Dismiss Plaintiff's Amended Complaint, as well as a Memorandum of Law. Although Plaintiff A.W. Financial Services, S.A. ("AWF")'s Amended Complaint states separate claims against AST and ACS, because this firm represents both defendants, and in the interest of avoiding repetition of arguments, the motions to dismiss and memoranda of law of both defendants were filed jointly in a single document.

On July 9, 2008, AWF filed its Memorandum of Law in Opposition to AST and ACS's Motion to Dismiss. In its Memorandum of Law, AWF raised several issues not addressed in AST and ACS's Motion to Dismiss, among them the legislative history and interpretation of the Delaware escheat statutes. As will be set forth in AST and ACS's Reply, the filing of which is due today, AWF's interpretation of the legislative history and statutes has created many more issues which must be addressed. Further, the Memorandum of Law in Opposition includes many facts and allegations that were not included in either the original or amended complaints, creating yet more issues which must be addressed in AST and ACS's Reply.

**Over a Century of Solutions**

The Honorable Sidney H. Stein
August 7, 2008
Page 2

    Because the Memorandum of Law in Opposition raises several complex issues not addressed in AST and ACS's Motion to Dismiss, AST and ACS request permission to file a Reply Memorandum of Law exceeding Your Honor's page limitations.

    To avoid repetition of argument, AST and ACS have prepared their replies as a single document. Based on an interpretation of Your Honor's Individual Practices, each defendant would be permitted to file a reply memorandum of 10 pages, or a jointly-filed reply memorandum of 20 pages. Based on current drafts, AST and ACS estimate that their joint Reply Memorandum of Law will contain approximately 28 pages, and therefore respectfully request Your Honor's permission to file a reply brief of ~~such length~~ 28 pages.

    Counsel for Plaintiff has consented to this request. Thank you for your consideration.

Respectfully,

STEVEN A. HABER

SAH/kmm

SO ORDERED 8/7/08

SIDNEY H. STEIN
U.S.D.J.

cc:    Jon Schuyler Brooks, Esquire (via e-mail) (jbrooks@phillipsnizer.com)
        Richard Levine, Esquire (via e-mail) (richard.levine@weil.com)

4302208