Jon Schuyler Brooks (JB7218)
jbrooks@phillipsnizer.com
PHILLIPS NIZER LLP
666 Fifth Avenue
New York, New York 10103-0084
(212) 977-9700
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
A.W. FINANCIAL SERVICES, S.A., as successor       **ECF CASE –Filed Electronically**
in interest to TERTIAIRE INVESTISSEMENT, S.A.

           Plaintiff,

                    **07-CV-8491 (SHS)(RLE)**
     v.

EMPIRE RESOURCES, INC., AMERICAN STOCK       **DECLARATION**
TRANSFER & TRUST COMPANY, and AFFILIATED
COMPUTER SERVICES, INC.,

           Defendants.
-----------------------------------------------------------------------x

   I, Jon Schuyler Brooks, declare under 28 U.S.C. § 1746:

   1.  I am an attorney duly admitted to practice before this Court, and a partner at Phillips Nizer LLP, attorney for plaintiff A.W. Financial Services, S.A. ("AWF").

   2.  I submit this declaration in opposition to the motions of the defendants to dismiss the Amended Complaint.

   3.  Attached as exhibits hereto is a true and correct copy of each of the following:

     A. January 11, 1994 letter from Hervé Debache, President of Tertiaire, to KS Goodwin of the law firm Coleman Rhine, attorneys for ITI, pre-merger predecessor to Empire Resources, Inc.;

1

  B. January 12, 1994 letter from Gilles Debache to ITI, enclosing a copy of the January 11, 1994 letter from Hervé Debache, President of Tertiaire, to KS Goodwin of the law firm Coleman Rhine;

  C. April 28, 1994 letter from Irving L. Rotter of Sidley & Austin, counsel for ITI, to Tertiaire Investissement in Paris, France;

  D. September 9, 1996 facsimile transmission from ITI to Tertiaire Investissement in Paris, France, of a Questionnaire Regarding NASD Affiliations in connection with ITI's initial public offering, as completed by Herve Debache on behalf of Tertiaire in accordance with instructions received from ITI; and

  E. January 9, 2002 letter from Tertiaire Development to Empire Resources Inc.

  F. November 8, 2006 Claim Form prepared by the State of Delaware, Division of Revenue, Bureau of Unclaimed Property.

Dated: Garden City, New York
   July 9, 2008

                  _____/s/_____
                  Jon Schuyler Brooks (JB7218)