# EXHIBIT A



# TERTIAIRE
# INVESTISSEMENT

Mr KS Goodwin
COLEMAN RHINE
Attorneys
Fax (212)840-37-44

Paris, January 11th, 1994

Subject : Subscription to the capital increase in Integrated Technology Inc

Dear Sir,

We are glad to confirm that our firm is ready to subscribe to 40 shares of the above mentionned company for a unit price of 2087 US$ and an aggregate investment of 83 480 US$.

Our firm is a French Investment Company and we have been in contact with Mr Morris.

Please confirm that this subscription can be finalized. We will arrange the transfer of funds and send you by DHL the documentation as soon as you fax us your agreement.

Yours sincerely,

Hervé Debacha
President

PS We have no copy of the shareholders agreeement. Please send us the documents.