**EXHIBIT B**

# TERTIAIRE
## DEVELOPPEMENT

January 12th., 1994

ITI - Integrated Technologies Inc.
P.O.Box 23047
Jerusalem

**Attn. Mr. Alan Haber,**

Dear Mr, Haber,

Enclosed please find Mr. Herve Debache of Tertiaire Investment to Coleman Rhine concerning subscription to the capital increase in Integrated technology Inc.

For your information.

Yours sincerely,

Gilles Debache