**EXHIBIT E**



**TERTIAIRE DÉVELOPPEMENT**
UNE CHANCE POUR VOS PROJETS

Empire Resources Inc
One Parker Plaza
Fort Lee
NJ 07024
USA
Fax 00-1-201-944-2226

<u>Attention Jonathan Bernstein</u>

Paris, January 9th 2002

Dear Sir,

Our firm (Tertiaire Investment which has been absorbed by Tertiaire Développement SA) owns 30 426 shares of common stock in your company (attached certificate).

We wish to deposit these shares in our Bank, the "Edmond de Rothschild Banque in Paris in order to be able to sell them in the market whenever we decide to do so.

Please let us know the procedure to follow in order to achieve this goal.

Best regards and a happy 2002.

Hervé Debache
Chairman

S. A. au capital de 3 500 000 F • 394 101 548 RCS Paris
Siège Social : 47, rue de Chaillot 75116 Paris • Tél. : 01 56 62 21 00 • Fax : 01 47 20 28 58



IT0000328

0856580 REPLACEMENT

**Integrated Technology USA, Inc.**

INCORPORATED UNDER THE LAWS
OF THE STATE OF DELAWARE

CUSIP 24Q26E 10 0

SEE REVERSE FOR
CERTAIN DEFINITIONS

CUSIP/VSRVJEV ADV A
\*\*\*\*\*30426\*\*\*\*\*

THIS CERTIFIES THAT

\*\*\* RESTRICTED SECURITIES \*\*\*
TERTIAIRE INVESTISSEMENT

is the owner of

FULLY PAID AND NON-ASSESSABLE SHARES OF THE COMMON STOCK OF

\*\*THIRTY THOUSAND FOUR HUNDRED TWENTY-SIX\*\*

INTEGRATED TECHNOLOGY USA, INC.

transferable on the books of the Corporation by the holder hereof in person or by duly authorized Attorney, upon surrender of this Certificate, properly endorsed. This Certificate is not valid until countersigned and registered by the Transfer Agent and Registrar.

IN WITNESS WHEREOF, the Corporation has caused this Certificate to be signed by the facsimile signatures of its duly authorized officers and to be sealed with the facsimile seal of the Corporation.

Dated:  MAY 30, 2000
0856 3000230 EAP

[Secretary signature]
Secretary

[SEAL: INTEGRATED TECHNOLOGY USA, INC. CORPORATE SEAL DELAWARE 1990]

[President signature]
President

Countersigned and Registered:
AMERICAN STOCK TRANSFER & TRUST COMPANY
(New York, NY)
Transfer Agent
and Registrar

By [signature]
Authorized Signature

```
RAPPORT DE TRANSMISSION MEMORISEE

                                    HEURE    : 09-01-2002  17:26
                                    NUMERO TEL :
                                    NOM      :

NUMERO FICHIER      :  441

DATE                :  09-01  17:22

A-                  :  0012019442226

NOMBRE DE PAGES     :  002

HEURE DEPART        :  09-01  17:22

HEURE FIN           :  09-01  17:26

PAGES ENVOYEES      :  002

STATUT              :  OK

NUMERO FICHIER : 441            *** ENVOI REUSSI ***
```

## TERTIAIRE DEVELOPPEMENT
UNE CHANCE POUR VOS PROJETS

Empire Resources Inc
One Parker Plaza
Fort Lee
NJ 07024
USA
Fax 00-1-201-944-2226

Attention Jonathan Bernstein

Paris, January 9th 2002

Dear Sir,

Our firm (Tertiaire Investment which has been absorbed by Tertiaire Développement SA) owns 30 426 shares of common stock in your company (attached certificate).

We wish to deposit these shares in our Bank, the "Edmond de Rothschild Banque in Paris in order to be able to sell them in the market whenever we decide to do so.

Please let us know the procedure to follow in order to achieve this goal.

Best regards and a happy 2002.

Hervé Debache
Chairman

Siège Social : 47, rue de Chaillot, 75116 Paris - Tél. : 01 56 62 21 00 - Fax : 01 47 20 28 56